UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN LEE FRIEDERICH-TIBBETS,

    Plaintiff,

  v.

CAPTAIN MIKE LARSON *et al.*,

    Defendants.

Case No.  C07-5209RBL

ORDER TO SHOW CAUSE

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Plaintiff filed a complaint without a filing fee and with no application to proceed *in forma pauperis* On May 1, 2007 the clerk's office sent plaintiff a deficiency letter (Dkt. #2).  That Letter gave plaintiff until May 31, 2007, to correct the defects in his filings.  Since that time the court has received two letters from plaintiff indicating he intends to pay the filing fee and will submit copies of documents.  The time for curing defects in the original filing has expired.

    The court now **ORDERS PLAINTIFF TO SHOW CAUSE** by **July 6, 2007,** why this action should not be dismissed prior to service for failure to prosecute.  Plaintiff will cure the defects in the original filing.

    If plaintiff pays the filing fee, no copies or marshal service forms are needed.  Plaintiff would not be

ORDER
Page - 1

proceeding *in forma pauperis*. It would then be plaintiff's duty to properly serve a copy of the complaint and a summons on each named defendant. Plaintiff is cautioned that the court does not give legal advice. Plaintiff should consult the Washington State Civil Rules for service on persons and entities such as counties.

The Clerk is directed to send plaintiff a copy of this to plaintiff and note the **July 6, 2007,** due date on the court's calendar.

DATED this 7 day of June, 2007.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge