# United States District Court

## WESTERN DISTRICT OF WASHINGTON

BRIAN FRIEDERICH-TIBBETTS

v.

CAPTAIN MIKE LARSON, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5209BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for an Extension of Time (Dkt. 55) is **DENIED**; U.S. Magistrate Judge J. Kelley Arnold's Report and Recommendation (Dkt. 50) is **ADOPTED**; Defendants' Motion for Summary Judgment (Dkt. 50) is **ADOPTED**; Defendants' Motion for Summary Judgment (Dkt. 46) is **GRANTED**; and Plaintiff's Complaint (Dkt. 15) is **DISMISSED**.

| | |
|---|---|
| August 22, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |